IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JAMES HENLEY and GARRY HEADRICK, individually, and on behalf of all others similarly situated,** § § § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | MO:20-CV-00045-RCG | |
| § | | |
| **ENERGEN RESOURCES CORP. and DIAMONDBACK E&P LLC,** § § | | |
| *Defendants*. § | | |

## ORDER GRANTING MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT

BEFORE THE COURT is Plaintiffs James Henley, Garry Headrick, and Bryan Trahan[1] and Defendants Energen Resources Corporation, Diamondback E&P, LLC, and Diamondback Energy, Inc.'s (collectively, "Parties") Joint Motion to Approve FLSA Settlement Agreement. (Docs. 114, 116). This case is before the Court pursuant to the consent of the Parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 92, 93, 94). After due consideration, the Court **GRANTS** the Parties' Joint Motion to Approve FLSA Settlement Agreement. (Docs. 114, 116).

Plaintiffs allege Defendants violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, by failing to pay them and others similarly situated an overtime premium for hours worked in excess of forty hours in a workweek. (Doc. 33). On January 10, 2023 the Court granted the Parties' Motion for Leave to File Sealed Document. (Text Order dated January 10, 2023). Subsequently, the Sealed Settlement Agreement was docketed (Doc. 116). The parties now move the Court to approve their Settlement Agreement. (Docs. 114).

---

[1] Plaintiff Bryan Trahan is the sole plaintiff in an FLSA lawsuit also filed in this Court against Diamondback Energy, Inc. *See Trahan v. Diamondback Energy, Inc.*, Case No. 7:22-cv-00207-RCG (W.D. Tex. Sept. 23, 2022). Plaintiffs assert they are moving for Court approval of Trahan's settlement against Defendants as well via the instant Motion. (Doc 114 at 1).

2

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 116).

It is therefore **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement is **GRANTED**. (Docs. 114).

Further, the Settlement Agreement is **APPROVED**. (Doc. 116).

It is so **ORDERED**.

SIGNED this 12th day of January, 2023.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE