## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JAMES HENLEY and GARRY HEADRICK, individually, and on behalf of all others similarly situated,** § § § § | |
| *Plaintiffs*, § | |
| § | |
| **v.** § | MO:20-CV-00045-RCG |
| § | |
| **ENERGEN RESOURCES CORP. and DIAMONDBACK E&P LLC,** § § § | |
| *Defendants*. § | |

## FINAL JUDGMENT

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the Parties' Joint Motion to Approve FLSA Settlement Agreement filed January 6, 2023. (Doc. 114). This case is before the Court pursuant to the consent of the Parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 92, 93, 94). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the Settlement Agreement.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 12th day of January, 2023.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE